**SCOTT McNAMARA**
ATTORNEY AT LAW
State Bar No.  009783
59 N.  Scott Ave.
Tucson, Arizona  85701
Telephone: (520) 620-1481
Attorney for Defendant

UNITED STATES DISTRICT COURT, ARIZONA

United States of America,  )
                                )
           Plaintiff,  )
                                )
      v.  )
                                )
Marisela Lizette Leon,  )
                                )
           Defendant.  )
                                )

NO. CR21-3280-TUC-RCC(LCK)

SENTENCING MEMORANDUM

The defendant, Marisela Lizette Leon, submits the following Sentencing Memorandum.

Sentencing is currently set for **Tuesday, January 10, 2023 at 9:10 a.m.**

      RESPECTFULLY SUBMITTED:    January 3, 2023

                                      s/Scott M. McNamara
                                    Scott M.  McNamara
                                    Attorney for Defendant

ECF to:

    Angela Woolridge
    AUSA Tucson

    Katia C. Cook
    USPO Tucson

**MEMORANDUM**

I.    **WHY DID MARISELA DO THIS?**

In large part, Marisela Leon committed these crimes for her husband--- Bruno Joel Leon-Gonzalez, CR22-1416-TUC-SHR(BMG).

II.    **WHO IS MARISELA?**

Marisela is twenty-five (25).  She has no criminal history.

In 2000, her father, Jesus Leon, went to jail for domestic violence.  Subsequently her parents divorced.  Marisela was about four (4).

In early 2004, at about age seven (7) Marisela took on some of the responsibility for caring for her younger sister, Inocensia.  This is because her mom Karen Moroyoqui-Acosta née Karen Teasley went to prison for twenty-four (24) months for alien smuggling.  CR04-546-TUC-CKJ(CRP).

Marisela began working at sixteen (16).  She got her GED in 2016.  She has worked most of her life.

Marisela was a morbidly obese young lady.  (She has since had bariatric surgery [May 2022] and lost considerable weight.)

In about 2018 she met a handsome, undocumented Mexican man---Bruno Leon.  They had a son together, E.L.  E.L. is about twenty (20) months old.

Marisela married Bruno Leon in Tucson on March 7, 2022.  She also worked for Bruno Leon's father, (Jesus Vega), delivering papers.

III.    **WHO IS BRUNO LEON-GONZALEZ?**

Bruno Leon is undocumented.

On February 5, 2022, Bruno Leon came home intoxicated, fired at lot of gun shots and  kicked in their door.  He got arrested.

On June 2, 2022  Immigration and Custom Enforcement found Bruno in Tucson.  According to the complaint, they arrested him after he "...started to move his hand to his appendix area...."
CR22-1416-TUC-SHR(BMG), ECF 1.

2

Bruno had a Ruger .357 revolver.  CR22-1416-TUC-SHR(BMG), ECF 29, P. 10.  He is in custody.  CR22-1416-TUC-SHR(BMG), ECF 13.

On November 8,2022,  Bruno Leon pleaded guilty to "Possession of a Firearm by a Prohibited Person."  CR22-1416-TUC-SHR(BMG), ECF 29.  His plea agreement provides for the same sentencing ranges as Marisela's.  CR22-1416-TUC-SHR(BMG), ECF 29, P3.

Unlike Marisela, however, Bruno Leon's plea agreement stipulates his sentence "...shall not exceed the low end of the applicable guideline range...."  CR22-1416-TUC-SHR(BMG), ECF 29. P.3.  Equally, it allows for a variance.   CR22-1416-TUC-SHR(BMG), ECF 29. P.3-4.

On the other hand, it appears that Bruno Leon has other criminal history [for example, 12-9248m; 15-22629m and CR-20220532].  Bruno Leon's exact criminal history category is unknown.

Brunno Leon's sentencing is set for February 16, 2023.  CR22-1416-TUC-SHR(BMG), ECF 28.

IV.   **CONCLUSION**

Bruno Leon treated Marisela and their son badly.

Despite the domestic violence, Marisela married him hoping things would get better.  Instead they only got worse.

When the ATF visited Marisela she allowed them to search the gun safe in their home.  When ICE approached  Bruno Leon, on the other hand, Bruno reached for his gun.  CR22-1416-TUC-SHR(BMG), ECF 1.

In large part, Marisela committed these crimes out of love and fear.   She committed these crimes out of the confused emotions of an abused young lady toward her husband and the father of her child.

For the foregoing reasons it is respectfully requested that the Court impose the least imprisonment it can find in its heart.  As Marisela suffered when her mother went to prison, so now E.L. will suffer.

RESPECTFULLY SUBMITTED:     January 3, 2023

s/Scott M. McNamara
Scott M.  McNamara
Attorney for Defendant